# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jessie Coleman,

    Plaintiff(s),

vs.

Mecklenburg Co. Jail,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06cv283-3

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 12, 2006 Order.

July 13, 2006

FRANK G. JOHNS, CLERK

BY: _____
Cynthia Huntley, Deputy Clerk